IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moses Gai Geng,<br><br>    Petitioner,<br><br>vs.<br><br>Michael Chertoff, et al.,<br><br>    Respondents. | No. CV 07-0870-PHX-EHC (JI)<br><br>**ORDER** |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1) challenging his detention pending removal. The matter was referred to Magistrate Judge Jay R. Irwin who issued a Report and Recommendation on February 12, 2008 recommending that the Petition be dismissed without prejudice for failure to prosecutes (Dkt. 23). Petitioner has not filed an Objection or otherwise responded to the Report and Recommendation.

<u>Standard of Review</u>

The district court reviews de novo the portions of the Magistrate Judge's Report and Recommendation to which Movant has filed an objection. 28 U.S.C. § 636(b)(1)(C)("a judge of the court shall make a de novo determination of those portions of the report, ..., to which objection is made."); <u>see also</u> <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). The district court is not required to review any issue that is not the subject of an

1  objection. Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v.
2  Arn, 474 U.S. 140, 149 (1985).

### Discussion

Respondents filed notice indicating that Petitioner had been released from detention on August 21, 2007 (Dkt. 16 & 17). As set forth in the Report and Recommendation, Petitioner was twice given notice of his obligation to file a notice of change of address, and an order directing him to do so, but Petitioner failed to keep his current address on file with the Court. The Magistrate Judge re-issued the Order to show cause (Dkt. 21) to Petitioner and directed mailing to the address of record and to a non-custodial address. Petitioner did not respond. The docket sheet shows mail sent to Petitioner at the address of record returned as undeliverable on January 18, 2008 (Dkt. 22). Following issuance of the Report and Recommendation on February 12, 2008 (Dkt. 23), the docket sheet shows mail sent to Petitioner at the address of record returned as undeliverable on February 19, 2008 (Dkt. 24). The Court agrees with the Magistrate Judge's Report and Recommendation that this case should be dismissed without prejudice for failure to prosecute.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 23) is adopted in full.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is dismissed without prejudice for failure to prosecute.

DATED this 24th day of March, 2008.

_____
Earl H. Carroll
United States District Judge